UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

       Plaintiff,

vs.

KBNYC, LLC,
*a New York Limited Liability Company*,

       Defendant.
-----------------------------------------------------------x

Case No. 2:20-cv-04055-DG-ST

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: March 10, 2021

       Respectfully submitted,

By: */s/ Louis I. Mussman*
    Louis I. Mussman (5536685)
    Ku & Mussman, P.A.
    18501 Pines Blvd, Suite 209-A
    Pembroke Pines, FL 33029
    T: (305) 891-1322
    F: (954) 686-3976

and

Olivia D. Rosario (OR5730)
Rosario Law Group, PLLC.
42-44 Guy Lombardo Avenue, Suite 206
Freeport, New York 11520
T: (516) 517-2340
F: (718) 504-7540

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 10th day of March, 2021, a true and correct copy of the foregoing has been furnished by U.S. mail to the following:

KBNYC, LLC
By Serving Registered Agent:
United States Corporation Agents, Inc.
7014 13th Avenue, Suite 202
Brooklyn, NY 11228

Fred L. Seeman, Esq.
Law Offices Of Fred L. Seeman
32 Broadway, Suite 1214
New York, New York 10004

                By: */s/ Louis I. Mussman*
                  Louis I. Mussman (5536685)